O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4098 AHM (JWJx) | Date | September 29, 2009 |
|---|---|---|---|
| Title | ALEXANDRIA SEO v. EXPRESS CAPITAL LENDING, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:	Attorneys **NOT** Present for Defendants:

**Proceedings:**	IN CHAMBERS (No Proceedings Held)

On September 10, 2009, this Court ordered Plaintiff to file an amended complaint by September 28, 2009, or the claims against GMAC Mortgage, LLC ("GMAC") (erroneously named in the Complaint as "GMAC Mortgage") would be dismissed with prejudice. Plaintiff has not filed an amended complaint.

In addition, the Court ordered Plaintiff to file by September 28, 2009 an opposition to any motion by Defendant GMAC to condition continued maintenance of the *lis pendens* on Plaintiff's filing of an undertaking, or else the Court would issue an order expunging the *lis pendens*. On September 16, 2009, GMAC filed its motion to condition continued maintenance of the *lis pendens* on Plaintiff's filing of an undertaking. Plaintiff has not filed an opposition to this motion.

For the foregoing reasons, the Court ORDERS the claims against GMAC to be dismissed with prejudice. The Court also ORDERS Plaintiff's *lis pendens* on 2121 North Hobart Boulevard, Los Angeles, CA to be expunged.

|   | : |   |
|---|---|---|
| Initials of Preparer | SMO | |